CHARLES W. CLIFFORD, as Administrator, etc., Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY and Another, Appellants.— Judgment and order reversed and new trial granted, with costs to appellants to abide event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $4,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. Held, that the verdict is against the weight of the evidence on the question of damages and is excessive. All concur.

In the Matter of Proving the Last Will and Testament of LEWIS G. SMITH, Deceased. DIXON C. C. SMITH and Others, Appellants; BETHEA YAISER, Executor, etc., Respondent.— Decree affirmed, with costs. All concur.

JOSEPHINE PIETROWSKI, an Infant, by FRANK PIETROWSKI, Her Guardian ad Litem, Respondent, v. EMPIRE LIMESTONE COMPANY, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. All concur.

DANIEL F. STROBEL, Respondent, v. FIRMAN OUDÉRKIRK and Another, Appellants.— Judgment and order affirmed, with costs. All concur; Hubbs, J., not sitting.

FRANK PENCEK and Another, Respondents, v. AGRICULTURAL INSURANCE COMPANY, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. All concur.

SERAFINA DePIETRO, Respondent, v. PASQUALE ALITTO and Another, Appellants.— Judgment affirmed, with costs. All concur.

LAZARUS KUPELIAN, Respondent, v. FREDERICK W. ANDREWS, Appellant. — Judgment and order affirmed, with costs. All concur.

SOPHIA MAGEE, Respondent, v. WILLIAM W. WARING and Another, as Administrators, etc., of CATHERINE VOLLMAN, Deceased, Appellants.— Order modified so as to provide for striking out the provision in the judgment that the plaintiff have execution, and as so modified affirmed, without costs of this appeal to either party. (See Syms v. Mayor, etc., 105 N. Y. 153.) All concur.

In the Matter of the Application of EDWARDS D. EMERSON and Others, Constituting the Board of Education, etc., Respondents, v. GEORGE S. BUCK and Others, Constituting the Council of the City of Buffalo, and Others, Appellants.— Motion for leave to appeal to Court of Appeals granted.

JAMES J. MORRISEY, Respondent, v. GREAT EASTERN ELEVATOR COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeal denied.

In the Matter of the Application of OTTO KEHRER, Respondent, for the Removal of OTTO W. PFOHL, Appellant, from Certain Premises in the City Buffalo.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.